115 A.3d 875

**Junius BURNO, Petitioner**

v.

**The COURT OF COMMON PLEAS OF
LEIGH COUNTY, Respondent.**

**No. 26 EM 2015.**

Supreme Court of Pennsylvania.

May 29, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of May, 2015, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**

115 A.3d 875

**Casey DOOLEY, Petitioner**

v.

**COMMONWEALTH of Pennsylvania, DISTRICT ATTORNEY OF PHILADELPHIA COUNTY, Respondent.**

**No. 31 EM 2015.**

Supreme Court of Pennsylvania.

May 29, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of May, 2015, the Application for Leave to File Process is **GRANTED,** and the Petition for a Writ of Habeas Corpus is **DENIED.**